UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JUAN ESPINOZA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOANNE BARNHART, Commissioner<br>of Social Security,<br><br>                Defendant. | CV. 05-739-KI<br><br>ORDER AWARDING EAJA<br><br>ATTORNEY FEES AND COSTS |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2928.03 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and that costs in the amount of $250.00 shall be awarded to Plaintiff's attorney pursuant to 28 U.S.C. § 1920. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this _11_ day of _May_, 2006.

_____
United States District Judge

PRESENTED BY:

_____
MAX RAE, OSB #81344
(503) 363-5424
Attorney for Plaintiff, Juan Espinoza

Page 1 –   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS –
              ESPINOZA v. BARNHART, CV 05-739-KI